THE PEOPLE, RESPONDENT, *v.* VIÑALES, APPELLANT.

APPEAL from the District Court of San Juan, Section 2.

No. 530.—Decided February 11, 1913.

CRIMINAL LAW—APPEAL—JURISDICTION—TRANSCRIPT OF RECORD—NOTICE OF APPEAL.—This court is without jurisdiction of an appeal when in the transcript of the record the notice of appeal is omitted. It is not sufficient that in the statement of the case approved by the judge the appellant alleged that he appealed. *The People* v., *Lorenzo,* 18 P. R. R., 940.

The facts are stated in the opinion.
*Mr. Charles E. Foote, fiscal,* for The People.
*Mr. Ramón S. Pesquera* for appellant.

MR. CHIEF JUSTICE HERNÁNDEZ delivered the opinion of the court.

This case is submitted to us for consideration on an appeal said to have been taken from a judgment rendered in an appeal

after a trial *de novo* by the District Court of San Juan, Section 2, on October 25 of last year finding the defendant and appellant guilty of aggravated assault and battery and sentencing him to imprisonment in jail for two years and to pay the costs.

Both parties filed briefs and appeared at the hearing of the case held on the 5th instant, at which hearing the *fiscal* called the attention of this court to the fact that the record did not contain a notice of the appeal and that on that account this court lacked jurisdiction to decide the appeal.

From an examination of the transcript of the record we find that it does not contain the notice of appeal which, together with other documents, should have been sent up by the secretary of the court below in accordance with the imperative provisions of section 356 of the Code of Criminal Procedure as amended by the Act of March 7, 1908.

The fact that in the statement of the case the appellant, with the approval of the judge, alleged that he had taken the appeal or that the taking of the appeal is stated in any other incidental manner is not sufficient, as was held by us in the case of *The People* v. *Antolino Lorenzo,* 18 P. R. R., 940.

We refer to and follow the doctrine laid down in that case.

Being unable to decide this case for want of jurisdiction it is dismissed.

*Appeal dismissed.*

Justices MacLeary, Wolf, del Toro and Aldrey concurred.